# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

11/14/08

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

    RE:  First American Reliance
       BK No.: 98-23906

Dear Clerk:

  It appears from the canceled checks filed herein, that the funds belonging to the estate of the above-named Debtor have been disbursed in accordance with Orders entered herein, excepting the following check:

| Check No. | Payable To | Amount | Claim No. | Date Filed |
|---|---|---|---|---|
| 249 | Virgina B. Noga<br>c/o H. Todd Bullard, Esq.<br>30 West Broad, Suite 200<br>Rochester, NY 14616 | $8.94 | 54 | 12/15/98 |

where more than ninety (90) days have elapsed since the final notice and the creditor could not be located.

  Enclosed is a Trustee's check payable to the Clerk of the U.S. Bankruptcy Court for the Western District of New York, for the sum of $8.94 representing said dividend check.

Very truly yours,

Douglas J. Lustig

DJL/mms
Encl.



FILED NOV 17 2008 BANKRUPTCY COURT ROCHESTER, NY

1600 Crossroads Building   585 232 3730
Two State Street       FAX 585 232 3882    CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1397   www.cdlawyers.com